IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-MJ-0270-GMH** |
| | : | |
| v. | : | |
| | : | |
| **TROY SPACKMAN** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant, through undersigned counsel, respectfully file this motion to continue the status conference now scheduled for Thursday, March 7, 2024, until Thursday, May 9, 2024, or a proximate date convenient to the Court. The parties are seeking additional time to engage in plea negotiations, to calculate likely sentencing guidelines, and to review discovery.

The parties additionally request that the Court exclude the time until the status conference on or about Thursday, May 9, 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice by taking such actions outweighs the best interests of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

//

//

//

//

//

//

1

For the reasons set forth above, the parties respectfully request that this motion be allowed and the attached Order entered.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

By:    /s/ Craig Estes
           CRAIG ESTES
           Assistant United States Attorney
           United States Attorney's Office for the
           District of Columbia (detailee)
           Massachusetts Bar No. 670370
           craig.estes@usdoj.gov


TROY SPACKMAN
Defendant

By:    /s/ Sonia Fleury
           SONIA FLEURY
           Assistant Federal Public Defender
           Federal Public Defender's Office
           625 Indiana Ave. NW, Suite 550
           Washington, DC 20004
           Sonia_fleury@fd.org


Certificate of Service

I certify that a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:    /s/ Craig Estes
           CRAIG ESTES
           Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 23-MJ-0270-GMH** |
| : | |
| **v.** : | |
| : | |
| **TROY SPACKMAN** : | |
| : | |
| **Defendant.** : | |

# ORDER

Based upon the representation in the Joint Motion to Continue the Status Conference and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status conference on Thursday, March 7, 2024, be continued for good cause until Thursday, May 9, 2024, at 1:00 p.m.; and it is further

ORDERED that the time between March 7, 2024, and May 9, 2024, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to continue negotiation a potential pretrial resolution and the review discovery.

Date: _____

JUDGE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

1