**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-MJ-0270-GMH** |
| | : | |
| v. | : | |
| | : | |
| **TROY SPACKMAN** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representation in the Joint Motion to Continue the Status Conference and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status conference on Thursday, May 9, 2024, be continued for good cause until Tuesday, July 9, 2024, at 1:00 p.m.; and it is further

ORDERED that the time between May 9, 2024, and July 9, 2024, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to continue negotiation a potential pretrial resolution and the review discovery.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

1